**ORIGINAL**

BTXN 100 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>LJM2 Co-Investment, L.P.<br><br>                                    Debtor(s)<br>Merrill Lynch & Co., Inc., Credit Suisse First Boston Global Impaired Asset Management, Credit Suisse First Boston, Inc.; DLJ Fund Investment Partners III, LP; Dresdner Bank AG, Dresdner Kleinwort Holdings, Inc.; First Union Investors, Inc. nka Wachovia Investors, Inc.,First Union National Bank nka Wachovia Bank, Ironwood Investment Partners, LLC; ML-LJM2 Co-Investment, LP; Merchant Capital, Inc.; Merrill Lynch Capital Corp., Merrill Lynch Capital Services, Inc.; Merrill Lynch Pierce Fenner and Smith, Royal Bank of Canada, Royal Bank of Scotland PLC and ML IBK Positions, Inc.<br>                                    Appellant(s)<br>       vs.<br>State of Arkansas Teacher Retirement System, Acqusition Fund Four L.P., AIG Private Equity Portfolio, LP, Alpine Investment Partners, American Home Assurance Company, AON Pension Plan, Robert Basham, C&I Partners, Conese Family Investments, LP, Eugene Conese, Sr., CRM 1999 Enterprise Fund, LLC, Fort Washington Private Equity Investors II, L.P., Freidenrich Family Partnership LP, Freidenrich Twenty-Fifty Ltd., David Greenberg, Gordon Hargraves, Margaret Hargraves, Institute for Advanced Study, John D. and Catherine T. MacArthur Foundation, Lakeview Direct Investments, LP, Shelby White, Executrix of the Estate of Leon Levy, Mousseteek Free, Jack Nash, Joshua Nash, Nash Family Partnership, LP, RHO Fund Investors II, LLC, George Rohr, Sun America Investments, Inc., Thomas Elden Investment Trust, and The Weyerhaeuser Company Master Retirement Trust<br>                                    Appellee(s) | Case No.:   02-38335-saf11<br>Chapter No.:   11<br><br>**3O5 CV 0472 - G**<br><br><br><br>Adversary No.:   04-03525-saf<br><br>Civil Action No.:<br><br> |

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8007, the appeal filed on January 21, 2005 regarding [94] Memorandum opinion and Order Entered on 1/14/2005 by Merrill Lynch & Co., Inc., Credit Suisse First Boston Global Impaired Asset Management, Credit Suisse First Boston, Inc.; DLJ Fund Investment Partners III, LP; Dresdner Bank AG, Dresdner Kleinwort Holdings, Inc.; First Union Investors, Inc. nka Wachovia Investors, Inc.,First Union National Bank nka Wachovia Bank, Ironwood Investment Partners, LLC; ML-LJM2 Co-Investment, LP; Merchant Capital, Inc.; Merrill Lynch Capital Corp., Merrill Lynch Capital Services, Inc.; Merrill Lynch Pierce Fenner and Smith, Royal Bank of Canada, Royal Bank of Scotland PLC and ML IBK Positions, Inc. in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, but is not in compliance with Rule 8006 of the Federal Rules of Bankruptcy Procedure and is **deficient** for the following reason(s):

  ☐   Appeal not timely filed.

  ☐   Appeal filing fee not paid.

  ☐   Appellant(s) failed to file designation of the record.

☐ Appellant(s)/Appellee(s) failed to provide or prepay for the items designated.

☒ The appealed order was filed in Adversary Proceeding 04-3525. It was NOT filed in Adversary Proceeding 04-3511. Adversary proceedings 04-3525 and 04-3511 are not consolidated or jointly administered proceedings. Therefore, Appellant?s designated documents 16-31, Volumes 8-22, pp. 1500-5170, are not part of the official bankruptcy record for the adversary proceeding in which the appealed order was filed. Volume 8, Tabs 13, 14 and 15, pp. 1617, 1668, and 1685: Transcripts have not been filed with the court. 04-3511: Volume 10, Tab 17, p. 2020: Joinder includes pages 8 & 9 which are not filed with this court. Volume 13, Tab 18, Tab I: p. 2764 is an incorrect page. Volume 15, Tab 16, exhibits R and S, pp. 3256 and 3265, are duplicates of R and S, pp. 3202 and 3211. Volume 22, Tab 29, p. 4996: Missing exhibit D. Volume 23, Tab 30, p. 5166: Duplicate of Volume 14, Tab 20, p. 3015.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on March 8, 2005.

DATED: 3/8/05

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/M. McVey, Deputy Clerk

I hereby certify that the foregoing is a true copy of the original thereof now in my office this the 8th day of March, 2005 at Dallas, Texas
Tawana C. Marshall, Clerk
United States Bankruptcy Court
Northern District of Texas

By _____ Deputy

BTXN 116 (rev 09/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 02-38335-saf11

Adversary No.: 04-03525-saf

Received in District Court by: _Thomas Pew_ (signature)

Date: 03/08/05

Volume Number(s): 24 + 1 mini-record to judge

cc: Steven A. Felsenthal
    Chris Lalan, Law Clerk

   Attorney(s) for Appellant
   US Trustee


**Appellant**  Merrill Lynch and Co., Inc.; Merrill Lynch Pierce Fenner and Smith, Merrill Lynch Capital Corp., Merrill Lynch Capital Services, Inc.; and ML IBK Positions, Inc.

Jonathan M. Landers and Robert F. Serio Gibson, Dunn & Crutcher
200 Park Ave.
New York, NY 10166
212-351-4000

Aaron G. York and Sarah A. Donch Gibson, Dunn & Crutcher
2100 McKinney Ave., Suite 1100
Dallas, TX 75201
214-698-3100

Herbert S. Washer and James D. Miller Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
212-878-8000


**Appellant**  Credit Suisse First Boston, Inc. and Credit Suisse First Boston Global Impaired Asset Management

Stacey C. Jernigan, Scott W. Everett and Alan Wright
Haynes & Boone 901 Main St., Suite 3100 Dallas, TX 75202-3789
(214) 651-5516

Odean L. Volker
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston, TX 77010
713-547-2000

**Appellant**   Merchant Capital, Inc. and DLJ Fund Investment Partners III, LP

John C. Eichman, Rodney Acker, and Melissa J. Swindle
Jenkins & Gilchrist
1445 Ross Ave., Suite 3200
Dallas, TX 75202-2799
214-855-4500

**Appellant**   Royal Bank of Canada

Claude L. Stuart, III
Phelps Dunbar, LLP
3040 Post Oak Blvd.
Houston, TX 77056
713-626-1386

Michael J. McNamara, John R. Ashmead and Mark D. Kotwick
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004
212-574-1200


**Appellant**   Royal Bank of Scotland PLC

Andrew P. Brozman and Jennifer C. DeMarco Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
212-408-5227
Shannon D. Norris
Apple & Norris, LLP
702 S. Denton Tap Road
Coppell, TX 75019
972-745-2700


**Appellant**   Dresdner Bank AG, Dresdner Kleinwort Holdings, Inc.; and Ironwood Investment Partners, LLC

Craig B. Florence
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
214-999-4796


**Appellant**   First Union National Bank n/k/a/ Wachovia Bank, National Association and First Union Investors n/k/a Wachovia Investors, Inc.

Paul E. Ridley and Sheila A. Armstrong Kirkpatrick & Lockhart LLP
2828 N. Harwood St., Suite 1800
Dallas, Texas 75201
214-939-4905


**Appellant**   ML-LJM2 Co-Investment, LP

Judith W. Ross
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
214-953-6605

Lee Sorkin, Donald A. Corbet and Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
212-238-8682

**Appellee**  State of Arkansas Teacher Retirement System, Acqusition Fund Four L.P., AIG Private Equity Portfolio, LP, Alpine Investment Partners, American Home Assurance Company, AON Pension Plan, Robert Basham, C&I Partners, Conese Family Investments, LP, Eugene Conese, Sr., CRM 1999 Enterprise Fund, LLC, Fort Washington Private Equity Investors II, L.P., Freidenrich Family Partnership LP, Freidenrich Twenty-Fifty Ltd., David Greenberg, Gordon Hargraves, Margaret Hargraves, Institute for Advanced Study, John D. and Catherine T. MacArthur Foundation, Lakeview Direct Investments, LP, Shelby White, Executrix of the Estate of Leon Levy, Mousseteek Free, Jack Nash, Joshua Nash, Nash Family Partnership, LP, RHO Fund Investors II, LLC, George Rohr, Sun America Investments, Inc., Thomas Elden Investment Trust, and The Weyerhaeuser Company Master Retirement Trust

G. Michael Gruber, Keith A. Langley, Rick L. Lambert and Elizabeth K. Hameline
Godwin Gruber, LLP
1201 Elm Street, Suite 1700
Dallas, TX 75270
214-939-4400

Joseph M. Coleman and Joseph A. Friedman Kane Russell Coleman & Logan, P.C.
1601 Elm Street, Suite 3700
Dallas, Texas 75201
214-777-4200

Paul R. DeFillippo, David H. Wollmuth, Frederick R. Kessler, and Vincent T. Chang
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
212-382-3300

BTXN 150 (rev 1/05)

## CIVIL COVER SHEET

**305 CV 0472-G**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet

RECEIVED MAR -8 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**I. (a) APPELLANT**
Merrill Lynch & Co., Inc., et al See attached list.

**APPELLEE**
State of Arkansas Teacher Retirement System, et al. See attached list

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party
(IN U S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
See attached list

Attorney's (If Known)
See attached list.

**II. BASIS OF JURISDICTION**

- ◯ 1 U.S. Government Plaintiff
- ◯ 2 U.S. Government Defendant
- ● 3 Federal Question (U.S. Government Not a Party)
- ◯ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ◯ 1 | ◯ 1 | Incorporated or Principal Place of Business In This State | ◯ 4 | ◯ 4 |
| Citizen of Another State | ◯ 2 | ◯ 2 | Incorporated and Principal Place of Business In Another State | ◯ 5 | ◯ 5 |
| Citizen or Subject of a Foreign Country | ◯ 3 | ◯ 3 | Foreign Nation | ◯ 6 | ◯ 6 |

**IV. NATURE OF SUIT**

- ● 422 Appeal 28 USC 158
- ◯ 423 Withdrawal 28 USC 157
- ◯ 890 Other Statutory Actions

**V. ORIGIN**

- ● 1 Original Proceeding
- ◯ 2 Removed from State Court
- ◯ 3 Remanded from Appellate Court
- ◯ 4 Reinstated or Reopened
- ◯ 5 Transferred from another district
- ◯ 6 Multidistrict Litigation
- ◯ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 USC 158

Brief description of cause
Appeal of bankruptcy order

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                    Docket Number:

DATED: 3/8/05

FOR THE COURT.
Tawana C. Marshall, Clerk of Court
by: /s/ M. McVey, Deputy Clerk

Appeals Information Sheet

| | |
|---|---|
| Debtor | LJM2 Co-Investment, L.P. |
| BK Case | 02-38335-SAF-11 |
| Adversary | **04-03525** |
| Order | [94] Memorandum opinion and Order Entered on 1/14/2005 |

**Appellant(s)**  Merrill Lynch & Co., Inc., Credit Suisse First Boston Global Impaired Asset Management, Credit Suisse First Boston, Inc.; DLJ Fund Investment Partners III, LP; Dresdner Bank AG, Dresdner Kleinwort Holdings, Inc.; First Union Investors, Inc. nka Wachovia Investors, Inc.,First Union National Bank nka Wachovia Bank, Ironwood Investment Partners, LLC; ML-LJM2 Co-Investment, LP; Merchant Capital, Inc.; Merrill Lynch Capital Corp., Merrill Lynch Capital Services, Inc.; Merrill Lynch Pierce Fenner and Smith, Royal Bank of Canada, Royal Bank of Scotland PLC and ML IBK Positions, Inc.

<u>**Credit Suisse First Boston, Inc. and Credit Suisse First Boston Global Impaired Asset Management**</u>
**Stacey C. Jernigan, Scott W. Everett and Alan Wright**
Haynes & Boone
901 Main St., Suite 3100
Dallas, TX 75202-3789
(214) 651-5516

Odean L. Volker
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston, TX 77010
713-547-2000

<u>**Merrill Lynch & Co., Inc.; Merrill Lynch Pierce Fenner and Smith, Merrill Lynch Capital Corp., Merrill Lynch Capital Services, Inc.; and ML IBK Positions, Inc.**</u>
**Jonathan M. Landers and Robert F. Serio**
Gibson, Dunn & Crutcher
200 Park Ave.
New York, NY 10166
212-351-4000

**Aaron G. York and Sarah A. Donch**
Gibson, Dunn & Crutcher
2100 McKinney Ave., Suite 1100
Dallas, TX 75201
214-698-3100

Herbert S. Washer and James D. Miller
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
212-878-8000

**Merchant Capital, Inc. and DLJ Fund Investment Partners III, LP**
**John C. Eichman, Rodney Acker, and Melissa J. Swindle**
Jenkins & Gilchrist
1445 Ross Ave., Suite 3200
Dallas, TX 75202-2799
214-855-4500

**Royal Bank of Canada**
**Claude L. Stuart, III**
Phelps Dunbar, LLP
3040 Post Oak Blvd.
Houston, TX 77056
713-626-1386

**Michael J. McNamara, John R. Ashmead and Mark D. Kotwick**
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004
212-574-1200

**Royal Bank of Scotland PLC**
**Andrew P. Brozman and Jennifer C. DeMarco**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
212-408-5227

**Shannon D. Norris**
Apple & Norris, LLP
702 S. Denton Tap Road
Coppell, TX 75019
972-745-2700

**Dresdner Bank AG, Dresdner Kleinwort Holdings, Inc.; and Ironwood Investment Partners, LLC**
**Craig B. Florence**
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
214-999-4796

**First Union National Bank n/k/a/ Wachovia Bank, National Association and First Union Investors n/k/a Wachovia Investors, Inc.**
Paul E. Ridley and Sheila A. Armstrong
Kirkpatrick & Lockhart LLP
2828 N. Harwood St., Suite 1800
Dallas, Texas 75201
214-939-4905

**ML-LJM2 Co-Investment, LP**
**Judith W. Ross**
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980
214-953-6605
Email: judith.ross@bakerbotts.com

**Ira Lee Sorkin, Donald A. Corbet and Aaron R. Cahn**
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
212-238-8682

| | |
|---|---|
| Appellee(s) | State of Arkansas Teacher Retirement System, Acqusition Fund Four L.P., AIG Private Equity Portfolio, LP, Alpine Investment Partners, American Home Assurance Company, AON Pension Plan, Robert Basham, C&I Partners, Conese Family Investments, LP, Eugene Conese, Sr., CRM 1999 Enterprise Fund, LLC, Fort Washington Private Equity Investors II, L.P., Freidenrich Family Partnership LP, Freidenrich Twenty-Fifty Ltd., David Greenberg, Gordon Hargraves, Margaret Hargraves, Institute for Advanced Study, John D. and Catherine T. MacArthur Foundation, Lakeview Direct Investments, LP, Shelby White, Executrix of the Estate of Leon Levy, Mousseteek Free, Jack Nash, Joshua Nash, Nash Family Partnership, LP, RHO Fund Investors II, LLC, George Rohr, Sun America Investments, Inc., Thomas Elden Investment Trust, and The Weyerhaeuser Company Master Retirement Trust |

**G. Michael Gruber, Keith A. Langley, Rick L. Lambert and Elizabeth K. Hameline**
Godwin Gruber, LLP
1201 Elm Street, Suite 1700
Dallas, TX 75270
214-939-4400

**Joseph M. Coleman and Joseph A. Friedman**
Kane Russell Coleman & Logan, P.C.
1601 Elm Street, Suite 3700
Dallas, Texas 75201
214-777-4200

**Paul R. DeFillippo, David H. Wollmuth, Frederick R. Kessler, and Vincent T. Chang**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
212-382-3300